Watson v. The State.

Certiorari denied.

Filed Sept. 30, 1887.

No. 13,309.

WATSON v. THE STATE.

From the Marion Criminal Court.

J. N. Scott, for appellant.

L. T. Michener, Attorney General, and J. H. Gillett, for the State.

HOWK, J.—In this case substantially the same questions are presented for our decision as those which are considered and decided in Trout v. State, ante, p. 499.

Upon the authority of the case cited, and for the reasons there given, the judgment in this cause is affirmed, with costs.

Filed Sept. 20, 1887.